# Court of Appeals
# of the State of Georgia

ATLANTA,  July 01, 2013

*The Court of Appeals hereby passes the following order:*

**A13A0737.  FELKER v. WITCHER.**

This case was docketed in this Court pursuant to a granted interlocutory appeal in Case Number A13I0034.  After reviewing the entire record, we conclude there was no error in the trial court's order denying Felker's motion for summary judgment and therefore, this application for interlocutory appeal was improvidently granted. Accordingly, this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 07/01/2013
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*